**Order issued October 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-01476-CR

---

### JOSE FRANCISCO ORTEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices FitzGerald, Francis, and Myers

Based on the Court's opinion of this date, we **GRANT** the February 8, 2013 motion of Matthew J. Kita for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Matthew J. Kita as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jose Francisco Ortez, Bookin #12049367, Dallas County Jail, North Tower-3E05, P.O. Box 660334, Dallas, Texas, 75266-0334.

/Molly Francis/
MOLLY FRANCIS
JUSTICE